AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

OSCAR ORONA IANF of N.O., a minor, CRISTINA OLIVAREZ
IANF of K.O., a minor, and ANGELICA RODRIGUEZ IANF of
L.G., a minor, JOSE FLORES, Individually and as Representative
of the Estate of J.F., JR., deceased; MANUEL LOZANO, Individually,
LYLIANA GARCIA, Individually; ALEJANDRO GARCIA, Individually
and as Representative of the Estate of Irma Garcia, deceased; and ELSA
AVILA

*Plaintiff(s)*

v.

CHRISTOPHER KINDELL, an individual; VICTOR ESCALON, an individual;
JOEL BETANCOURT, an individual; JUAN MALDONADO, an individual;
CRIMSON ELIZONDO, an individual; RICHARD BOGDANSKI, an individual;
LUKE WILLIAMS, an individual; UVALDE CONSOLIDATED INDEPENDENT
SCHOOL DISTRICT AND/OR UCISD POLICE DEPARTMENT; PEDRO "PETE"
ARREDONDO, an individual; ADRIAN GONZALES, an individual; MANDY
GUTIERREZ, an individual; JESUS "JJ" SUAREZ, an individual, TEXAS
DEPARTMENT OF PUBLIC SAFETY OFFICERS DOE'S 1-84; and MATOROLA
SOLUTIONS, INC.

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.   2:24-cv-00049

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    ADRIAN GARCIA

    474 Spinnaker Loop, Kyle, Texas 78640-2594

    or

    317 Studer Cir, Uvalde, Texas 78801-4041


    A lawsuit has been filed against you.


    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:


    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.


*CLERK OF COURT , PHILIP J. DEVLIN*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                           *Server's signature*

                                                     _____
                                                           *Printed name and title*


                                                     _____
                                                           *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

<table>
<tr><td>
OSCAR ORONA IANF of N.O., a minor, CRISTINA OLIVAREZ IANF of K.O., a minor, and ANGELICA RODRIGUEZ IANF of L.G., a minor, JOSE FLORES, Individually and as Representative of the Estate of J.F., JR., deceased; MANUEL LOZANO, Individually, LYLIANA GARCIA, Individually; ALEJANDRO GARCIA, Individually and as Representative of the Estate of Irma Garcia, deceased; and ELSA AVILA
<hr>
<i>Plaintiff(s)</i>
<hr>
v.
CHRISTOPHER KINDELL, an individual; VICTOR ESCALON, an individual; JOEL BETANCOURT, an individual; JUAN MALDONADO, an individual; CRIMSON ELIZONDO, an individual; RICHARD BOGDANSKI, an individual; LUKE WILLIAMS, an individual; UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT AND/OR UCISD POLICE DEPARTMENT; PEDRO "PETE" ARREDONDO, an individual; ADRIAN GONZALES, an individual; MANDY GUTIERREZ, an individual; JESUS "JJ" SUAREZ, an individual; TEXAS DEPARTMENT OF PUBLIC SAFETY OFFICERS DOE'S 1-84; and MATOROLA SOLUTIONS, INC.
<hr>
<i>Defendant(s)</i>
</td>
<td>
)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)
</td>
<td>
Civil Action No.  2:24-cv-00049
</td>
</tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

CHRISTOPHER KINDELL

1 El Norte Cir, Uvalde, Texas 78801-4020

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT , PHILIP J. DEVLIN*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____                    _____

                                                            *Server's signature*

                                                    _____

                                                            *Printed name and title*

                                                    _____

                                                            *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### Western District of Texas

<table>
<tr><td>
OSCAR ORONA IANF of N.O., a minor, CRISTINA OLIVAREZ<br>
IANF of K.O., a minor, and ANGELICA RODRIGUEZ IANF of<br>
L.G., a minor, JOSE FLORES, Individually and as Representative<br>
of the Estate of J.F., JR., deceased; MANUEL LOZANO, Individually,<br>
LYLIANA GARCIA, Individually; ALEJANDRO GARCIA, Individually<br>
and as Representative of the Estate of Irma Garcia, deceased; and ELSA<br>
AVILA<br><br>
<i>Plaintiff(s)</i><br><br>
v.<br><br>
CHRISTOPHER KINDELL, an individual; VICTOR ESCALON, an individual;<br>
JOEL BETANCOURT, an individual; JUAN MALDONADO, an individual;<br>
CRIMSON ELIZONDO, an individual; RICHARD BOGDANSKI, an individual;<br>
LUKE WILLIAMS, an individual; UVALDE CONSOLIDATED INDEPENDENT<br>
SCHOOL DISTRICT AND/OR UCISD POLICE DEPARTMENT; PEDRO "PETE"<br>
ARREDONDO, an individual; ADRIAN GONZALES, an individual; MANDY<br>
GUTIERREZ, an individual; JESUS "JJ" SUAREZ, an individual; TEXAS<br>
DEPARTMENT OF PUBLIC SAFETY OFFICERS DOE'S 1-84; and MATOROLA<br>
SOLUTIONS, INC.<br><br>
<i>Defendant(s)</i>
</td>
<td>
)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)
</td>
<td>
Civil Action No.   2:24-cv-00049
</td>
</tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    CRIMSON ELIZONDO

    216 Minter St., Uvalde, Texas 78801-4215

       A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

       If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT , PHILIP J. DEVLIN*

Date: _____

_____
                             *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

OSCAR ORONA IANF of N.O., a minor, CRISTINA OLIVAREZ
IANF of K.O., a minor, and ANGELICA RODRIGUEZ IANF of
L.G., a minor, JOSE FLORES, Individually and as Representative
of the Estate of J.F., JR., deceased; MANUEL LOZANO, Individually,
LYLIANA GARCIA, Individually; ALEJANDRO GARCIA, Individually
and as Representative of the Estate of Irma Garcia, deceased; and ELSA
AVILA

*Plaintiff(s)*

v.

CHRISTOPHER KINDELL, an individual; VICTOR ESCALON, an individual;
JOEL BETANCOURT, an individual; JUAN MALDONADO, an individual;
CRIMSON ELIZONDO, an individual; RICHARD BOGDANSKI, an individual;
LUKE WILLIAMS, an individual; UVALDE CONSOLIDATED INDEPENDENT
SCHOOL DISTRICT AND/OR UCISD POLICE DEPARTMENT; PEDRO "PETE"
ARREDONDO, an individual; ADRIAN GONZALES, an individual; MANDY
GUTIERREZ, an individual, JESUS "JJ" SUAREZ, an individual, TEXAS
DEPARTMENT OF PUBLIC SAFETY OFFICERS DOE'S 1-84; and MATOROLA
SOLUTIONS, INC.

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.  2:24-cv-00049

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> JESUS "JJ" SUAREZ
> 617 E Leona St., Uvalde, Texas 78801-4410
> or
> 2401 Garner Field Road, Uvalde, Texas 78801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT , PHILIP J. DEVLIN*

Date: _____          _____
                                                              *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

&#10005; I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

&#10005; I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

&#10005; I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

&#10005; I returned the summons unexecuted because _____ ; or

&#10005; Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

OSCAR ORONA IANF of N.O., a minor, CRISTINA OLIVAREZ
IANF of K.O., a minor, and ANGELICA RODRIGUEZ IANF of
L.G., a minor, JOSE FLORES, Individually and as Representative
of the Estate of J.F., JR., deceased; MANUEL LOZANO, Individually,
LYLIANA GARCIA, Individually; ALEJANDRO GARCIA, Individually
and as Representative of the Estate of Irma Garcia, deceased; and ELSA
AVILA

*Plaintiff(s)*

v.

CHRISTOPHER KINDELL, an individual; VICTOR ESCALON, an individual;
JOEL BETANCOURT, an individual; JUAN MALDONADO, an individual;
CRIMSON ELIZONDO, an individual; RICHARD BOGDANSKI, an individual;
LUKE WILLIAMS, an individual; UVALDE CONSOLIDATED INDEPENDENT
SCHOOL DISTRICT AND/OR UCISD POLICE DEPARTMENT; PEDRO "PETE"
ARREDONDO, an individual; ADRIAN GONZALES, an individual; MANDY
GUTIERREZ, an individual; JESUS "JJ" SUAREZ, an individual; TEXAS
DEPARTMENT OF PUBLIC SAFETY OFFICERS DOE'S 1-84; and MATOROLA
SOLUTIONS, INC.

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.  2:24-cv-00049

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

JOEL BETANCOURT

3143 Homer Dr, Laredo, Texas 78041-1936

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT , PHILIP J. DEVLIN*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____                        _____
                                                           *Server's signature*

                                               _____
                                                           *Printed name and title*

                                               _____
                                                           *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

OSCAR ORONA IANF of N.O., a minor, CRISTINA OLIVAREZ
IANF of K.O., a minor, and ANGELICA RODRIGUEZ IANF of
L.G., a minor, JOSE FLORES, Individually and as Representative
of the Estate of J.F., JR., deceased; MANUEL LOZANO, Individually,
LYLIANA GARCIA, Individually; ALEJANDRO GARCIA, Individually
and as Representative of the Estate of Irma Garcia, deceased; and ELSA
AVILA

_Plaintiff(s)_

v.

CHRISTOPHER KINDELL, an individual; VICTOR ESCALON, an individual;
JOEL BETANCOURT, an individual; JUAN MALDONADO, an individual;
CRIMSON ELIZONDO, an individual; RICHARD BOGDANSKI, an individual;
LUKE WILLIAMS, an individual; UVALDE CONSOLIDATED INDEPENDENT
SCHOOL DISTRICT AND/OR UCISD POLICE DEPARTMENT; PEDRO "PETE"
ARREDONDO, an individual; ADRIAN GONZALES, an individual; MANDY
GUTIERREZ, an individual, JESUS "JJ" SUAREZ, an individual, TEXAS
DEPARTMENT OF PUBLIC SAFETY OFFICERS DOE'S 1-84; and MATOROLA
SOLUTIONS, INC.

_Defendant(s)_

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.  2:24-cv-00049

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

JUAN MALDONADO

121 W Mill St., Uvalde, Texas 78801-5931

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT , PHILIP J. DEVLIN*

Date: _____          _____
                                                                                    *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

OSCAR ORONA IANF of N.O., a minor, CRISTINA OLIVAREZ
IANF of K.O., a minor, and ANGELICA RODRIGUEZ IANF of
L.G., a minor, JOSE FLORES, Individually and as Representative
of the Estate of J.F., JR., deceased; MANUEL LOZANO, Individually,
LYLIANA GARCIA, Individually; ALEJANDRO GARCIA, Individually
and as Representative of the Estate of Irma Garcia, deceased; and ELSA
AVILA

_____

*Plaintiff(s)*

v.

CHRISTOPHER KINDELL, an individual; VICTOR ESCALON, an individual;
JOEL BETANCOURT, an individual; JUAN MALDONADO, an individual;
CRIMSON ELIZONDO, an individual; RICHARD BOGDANSKI, an individual;
LUKE WILLIAMS, an individual; UVALDE CONSOLIDATED INDEPENDENT
SCHOOL DISTRICT AND/OR UCISD POLICE DEPARTMENT; PEDRO "PETE"
ARREDONDO, an individual; ADRIAN GONZALES, an individual; MANDY
GUTIERREZ, an individual; JESUS "JJ" SUAREZ, an individual, TEXAS
DEPARTMENT OF PUBLIC SAFETY OFFICERS DOE'S 1-84; and MATOROLA
SOLUTIONS, INC.

_____

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.  2:24-cv-00049

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    MANDY GUTIERREZ
    320 W Benson Rd, Uvalde, Texas 78801-3904
    or
    431 Evans St, Uvalde, Texas 78801-5845


       A lawsuit has been filed against you.


       Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:


       If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


                                *CLERK OF COURT , PHILIP J. DEVLIN*

Date: _____

                     _____

                                 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____            _____
                                              *Server's signature*

                                        _____
                                              *Printed name and title*

                                        _____
                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

OSCAR ORONA IANF of N.O., a minor, CRISTINA OLIVAREZ
IANF of K.O., a minor, and ANGELICA RODRIGUEZ IANF of
L.G., a minor, JOSE FLORES, Individually and as Representative
of the Estate of J.F., JR., deceased; MANUEL LOZANO, Individually,
LYLIANA GARCIA, Individually; ALEJANDRO GARCIA, Individually
and as Representative of the Estate of Irma Garcia, deceased; and ELSA
AVILA

*Plaintiff(s)*

v.

CHRISTOPHER KINDELL, an individual; VICTOR ESCALON, an individual;
JOEL BETANCOURT, an individual; JUAN MALDONADO, an individual;
CRIMSON ELIZONDO, an individual; RICHARD BOGDANSKI, an individual;
LUKE WILLIAMS, an individual; UVALDE CONSOLIDATED INDEPENDENT
SCHOOL DISTRICT AND/OR UCISD POLICE DEPARTMENT; PEDRO "PETE"
ARREDONDO, an individual; ADRIAN GONZALES, an individual; MANDY
GUTIERREZ, an individual; JESUS "JJ" SUAREZ, an individual, TEXAS
DEPARTMENT OF PUBLIC SAFETY OFFICERS DOE'S 1-84; and MATOROLA
SOLUTIONS, INC.

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.   2:24-cv-00049

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

>    Motorola
>    C T Corporation System
>    208 SO Lasalle Street, Suite 814, Chicago, Illinois 60604-1101

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT , PHILIP J. DEVLIN*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

### PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

OSCAR ORONA IANF of N.O., a minor, CRISTINA OLIVAREZ
IANF of K.O., a minor, and ANGELICA RODRIGUEZ IANF of
L.G., a minor, JOSE FLORES, Individually and as Representative
of the Estate of J.F., JR., deceased; MANUEL LOZANO, Individually,
LYLIANA GARCIA, Individually; ALEJANDRO GARCIA, Individually
and as Representative of the Estate of Irma Garcia, deceased; and ELSA
AVILA

*Plaintiff(s)*

v.

CHRISTOPHER KINDELL, an individual; VICTOR ESCALON, an individual;
JOEL BETANCOURT, an individual; JUAN MALDONADO, an individual;
CRIMSON ELIZONDO, an individual; RICHARD BOGDANSKI, an individual;
LUKE WILLIAMS, an individual; UVALDE CONSOLIDATED INDEPENDENT
SCHOOL DISTRICT AND/OR UCISD POLICE DEPARTMENT; PEDRO "PETE"
ARREDONDO, an individual; ADRIAN GONZALES, an individual; MANDY
GUTIERREZ, an individual; JESUS "JJ" SUAREZ, an individual; TEXAS
DEPARTMENT OF PUBLIC SAFETY OFFICERS DOE'S 1-84; and MATOROLA
SOLUTIONS, INC.

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.  2:24-cv-00049

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

PEDRO "PETE" ARREDONDO
101 Larkspur Dr, Uvalde, Texas 78801-6303

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT , PHILIP J. DEVLIN*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

OSCAR ORONA IANF of N.O., a minor, CRISTINA OLIVAREZ
IANF of K.O., a minor, and ANGELICA RODRIGUEZ IANF of
L.G., a minor, JOSE FLORES, Individually and as Representative
of the Estate of J.F., JR., deceased; MANUEL LOZANO, Individually,
LYLIANA GARCIA, Individually; ALEJANDRO GARCIA, Individually
and as Representative of the Estate of Irma Garcia, deceased; and ELSA
AVILA

*Plaintiff(s)*

v.

CHRISTOPHER KINDELL, an individual; VICTOR ESCALON, an individual;
JOEL BETANCOURT, an individual; JUAN MALDONADO, an individual;
CRIMSON ELIZONDO, an individual; RICHARD BOGDANSKI, an individual;
LUKE WILLIAMS, an individual; UVALDE CONSOLIDATED INDEPENDENT
SCHOOL DISTRICT AND/OR UCISD POLICE DEPARTMENT; PEDRO "PETE"
ARREDONDO, an individual; ADRIAN GONZALES, an individual; MANDY
GUTIERREZ, an individual; JESUS "JJ" SUAREZ, an individual; TEXAS
DEPARTMENT OF PUBLIC SAFETY OFFICERS DOE'S 1-84; and MATOROLA
SOLUTIONS, INC.

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.   2:24-cv-00049

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

RICHARD BOGDANSKI

129 Shady Terrace Ln, Rockport, Texas 78382-7977

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT , PHILIP J. DEVLIN*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

OSCAR ORONA IANF of N.O., a minor, CRISTINA OLIVAREZ
IANF of K.O., a minor, and ANGELICA RODRIGUEZ IANF of
L.G., a minor, JOSE FLORES, Individually and as Representative
of the Estate of J.F., JR., deceased; MANUEL LOZANO, Individually,
LYLIANA GARCIA, Individually; ALEJANDRO GARCIA, Individually
and as Representative of the Estate of Irma Garcia, deceased; and ELSA
AVILA

*Plaintiff(s)*

v.

CHRISTOPHER KINDELL, an individual; VICTOR ESCALON, an individual;
JOEL BETANCOURT, an individual; JUAN MALDONADO, an individual;
CRIMSON ELIZONDO, an individual; RICHARD BOGDANSKI, an individual;
LUKE WILLIAMS, an individual; UVALDE CONSOLIDATED INDEPENDENT
SCHOOL DISTRICT AND/OR UCISD POLICE DEPARTMENT; PEDRO "PETE"
ARREDONDO, an individual; ADRIAN GONZALES, an individual; MANDY
GUTIERREZ, an individual; JESUS "JJ" SUAREZ, an individual; TEXAS
DEPARTMENT OF PUBLIC SAFETY OFFICERS DOE'S 1-84; and MATOROLA
SOLUTIONS, INC.

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.  2:24-cv-00049

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> UCISD
> Superintendent Ashley Chohlis and/or
> Board of Trustees President Calvin Lambert
> 1000 North Getty Street, Uvalde, Texas 78801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT , PHILIP J. DEVLIN*

Date: _____          _____
                                                              *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | |
|---|---|
| OSCAR ORONA IANF of N.O., a minor, CRISTINA OLIVAREZ IANF of K.O., a minor, and ANGELICA RODRIGUEZ IANF of L.G., a minor, JOSE FLORES, Individually and as Representative of the Estate of J.F., JR., deceased; MANUEL LOZANO, Individually, LYLIANA GARCIA, Individually; ALEJANDRO GARCIA, Individually and as Representative of the Estate of Irma Garcia, deceased; and ELSA AVILA | ) ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| CHRISTOPHER KINDELL, an individual; VICTOR ESCALON, an individual; JOEL BETANCOURT, an individual; JUAN MALDONADO, an individual; CRIMSON ELIZONDO, an individual; RICHARD BOGDANSKI, an individual; LUKE WILLIAMS, an individual; UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT AND/OR UCISD POLICE DEPARTMENT; PEDRO "PETE" ARREDONDO, an individual; ADRIAN GONZALES, an individual; MANDY GUTIERREZ, an individual; JESUS "JJ" SUAREZ, an individual, TEXAS DEPARTMENT OF PUBLIC SAFETY OFFICERS DOE'S 1-84; and MATOROLA SOLUTIONS, INC. | ) ) ) ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  2:24-cv-00049

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

VICTOR ESCALON

216 Ben Hogan Ave, McAllen, Texas 78503-3113

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT , PHILIP J. DEVLIN*

Date: _____       _____

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*




My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: