AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

OSCAR ORONA IANF of N.O., a minor, CRISTINA OLIVAREZ
IANF of K.O., a minor, and ANGELICA RODRIGUEZ IANF of
L.G., a minor, JOSE FLORES, Individually and as Representative
of the Estate of J.F., JR., deceased; MANUEL LOZANO, Individually,
LYLIANA GARCIA, Individually; ALEJANDRO GARCIA, Individually
and as Representative of the Estate of Irma Garcia, deceased; and ELSA
AVILA

*Plaintiff(s)*

v.

CHRISTOPHER KINDELL, an individual; VICTOR ESCALON, an individual;
JOEL BETANCOURT, an individual; JUAN MALDONADO, an individual;
CRIMSON ELIZONDO, an individual; RICHARD BOGDANSKI, an individual;
LUKE WILLIAMS, an individual; UVALDE CONSOLIDATED INDEPENDENT
SCHOOL DISTRICT AND/OR UCISD POLICE DEPARTMENT; PEDRO "PETE"
ARREDONDO, an individual; ADRIAN GONZALES, an individual; MANDY
GUTIERREZ, an individual, JESUS "JJ" SUAREZ, an individual, TEXAS
DEPARTMENT OF PUBLIC SAFETY OFFICERS DOE'S 1-84; and MOTOROLA
SOLUTIONS, INC

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.  2:24-cv-00049

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> ADRIAN GARCIA
>
> 474 Spinnaker Loop, Kyle, Texas 78640-2594
> or
> 317 Studer Cir, Uvalde, Texas 78801-4041

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Robert P. Wilson
> Thomas J. Henry Injury Attorneys
> 5711 University Heights Blvd. Ste. 101
> San Antonio, Texas 78249

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT , PHILIP J. DEVLIN*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | |
|---|---|
| OSCAR ORONA IANF of N.O., a minor, CRISTINA OLIVAREZ IANF of K.O., a minor, and ANGELICA RODRIGUEZ IANF of L.G., a minor, JOSE FLORES, Individually and as Representative of the Estate of J.F., JR., deceased; MANUEL LOZANO, Individually, LYLIANA GARCIA, Individually; ALEJANDRO GARCIA, Individually and as Representative of the Estate of Irma Garcia, deceased; and ELSA AVILA <br><br>*Plaintiff(s)* <br><br> v. <br><br> CHRISTOPHER KINDELL, an individual; VICTOR ESCALON, an individual; JOEL BETANCOURT, an individual; JUAN MALDONADO, an individual; CRIMSON ELIZONDO, an individual; RICHARD BOGDANSKI, an individual; LUKE WILLIAMS, an individual; UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT AND/OR UCISD POLICE DEPARTMENT; PEDRO "PETE" ARREDONDO, an individual; ADRIAN GONZALES, an individual; MANDY GUTIERREZ, an individual; JESUS "JJ" SUAREZ, an individual; TEXAS DEPARTMENT OF PUBLIC SAFETY OFFICERS DOE'S 1-84; and MOTOROLA SOLUTIONS, INC. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  2:24-cv-00049 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

   CHRISTOPHER KINDELL

   1 El Norte Cir, Uvalde, Texas 78801-4020

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Robert P. Wilson
   Thomas J. Henry Injury Attorneys
   5711 University Heights Blvd. Ste. 101
   San Antonio, Texas 78249

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT , PHILIP J. DEVLIN*

Date: _____          _____

                                                                   *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____                      _____
                                                        *Server's signature*

                                                _____
                                                        *Printed name and title*

                                                _____
                                                        *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

OSCAR ORONA IANF of N.O., a minor, CRISTINA OLIVAREZ
IANF of K.O., a minor, and ANGELICA RODRIGUEZ IANF of
L.G., a minor, JOSE FLORES, Individually and as Representative
of the Estate of J.F., JR., deceased; MANUEL LOZANO, Individually,
LYLIANA GARCIA, Individually; ALEJANDRO GARCIA, Individually
and as Representative of the Estate of Irma Garcia, deceased; and ELSA
AVILA

_Plaintiff(s)_

v.

CHRISTOPHER KINDELL, an individual; VICTOR ESCALON, an individual;
JOEL BETANCOURT, an individual; JUAN MALDONADO, an individual;
CRIMSON ELIZONDO, an individual; RICHARD BOGDANSKI, an individual;
LUKE WILLIAMS, an individual; UVALDE CONSOLIDATED INDEPENDENT
SCHOOL DISTRICT AND/OR UCISD POLICE DEPARTMENT; PEDRO "PETE"
ARREDONDO, an individual; ADRIAN GONZALES, an individual; MANDY
GUTIERREZ, an individual; JESUS "JJ" SUAREZ, an individual; TEXAS
DEPARTMENT OF PUBLIC SAFETY OFFICERS DOE'S 1-84; and MOTOROLA
SOLUTIONS, INC.

_Defendant(s)_

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.  2:24-cv-00049

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

    CRIMSON ELIZONDO

    216 Minter St., Uvalde, Texas 78801-4215

       A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:

                    Robert P. Wilson
                    Thomas J. Henry Injury Attorneys
                    5711 University Heights Blvd. Ste. 101
                    San Antonio, Texas 78249

       If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

_CLERK OF COURT_ , PHILIP J. DEVLIN

Date: _____

_____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____            _____
                                                    *Server's signature*

                                     _____
                                                    *Printed name and title*


                                     _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

OSCAR ORONA IANF of N.O., a minor, CRISTINA OLIVAREZ
IANF of K.O., a minor, and ANGELICA RODRIGUEZ IANF of
L.G., a minor, JOSE FLORES, Individually and as Representative
of the Estate of J.F., JR., deceased; MANUEL LOZANO, Individually,
LYLIANA GARCIA, Individually; ALEJANDRO GARCIA, Individually
and as Representative of the Estate of Irma Garcia, deceased; and ELSA
AVILA

*Plaintiff(s)*

v.

CHRISTOPHER KINDELL, an individual; VICTOR ESCALON, an individual;
JOEL BETANCOURT, an individual; JUAN MALDONADO, an individual;
CRIMSON ELIZONDO, an individual; RICHARD BOGDANSKI, an individual;
LUKE WILLIAMS, an individual; UVALDE CONSOLIDATED INDEPENDENT
SCHOOL DISTRICT AND/OR UCISD POLICE DEPARTMENT; PEDRO "PETE"
ARREDONDO, an individual; ADRIAN GONZALES, an individual; MANDY
GUTIERREZ, an individual; JESUS "JJ" SUAREZ, an individual; TEXAS
DEPARTMENT OF PUBLIC SAFETY OFFICERS DOE'S 1-84; and MOTOROLA
SOLUTIONS, INC.

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.  2:24-cv-00049

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> JESUS "JJ" SUAREZ
> 617 E Leona St., Uvalde, Texas 78801-4410
> or
> 2401 Garner Field Road, Uvalde, Texas 78801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Robert P. Wilson
> Thomas J. Henry Injury Attorneys
> 5711 University Heights Blvd. Ste. 101
> San Antonio, Texas 78249

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT , PHILIP J. DEVLIN*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

OSCAR ORONA IANF of N.O., a minor, CRISTINA OLIVAREZ
IANF of K.O., a minor, and ANGELICA RODRIGUEZ IANF of
L.G., a minor, JOSE FLORES, Individually and as Representative
of the Estate of J.F., JR., deceased; MANUEL LOZANO, Individually,
LYLIANA GARCIA, Individually; ALEJANDRO GARCIA, Individually
and as Representative of the Estate of Irma Garcia, deceased; and ELSA
AVILA

*Plaintiff(s)*

v.

CHRISTOPHER KINDELL, an individual; VICTOR ESCALON, an individual;
JOEL BETANCOURT, an individual; JUAN MALDONADO, an individual;
CRIMSON ELIZONDO, an individual; RICHARD BOGDANSKI, an individual;
LUKE WILLIAMS, an individual; UVALDE CONSOLIDATED INDEPENDENT
SCHOOL DISTRICT AND/OR UCISD POLICE DEPARTMENT; PEDRO "PETE"
ARREDONDO, an individual; ADRIAN GONZALES, an individual; MANDY
GUTIERREZ, an individual; JESUS "JJ" SUAREZ, an individual; TEXAS
DEPARTMENT OF PUBLIC SAFETY OFFICERS DOE'S 1-84; and MOTOROLA
SOLUTIONS, INC.

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.   2:24-cv-00049

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

JOEL BETANCOURT

3143 Homer Dr, Laredo, Texas 78041-1936

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert P. Wilson
Thomas J. Henry Injury Attorneys
5711 University Heights Blvd. Ste. 101
San Antonio, Texas 78249

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT , PHILIP J. DEVLIN*

Date: _____        _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

OSCAR ORONA IANF of N.O., a minor, CRISTINA OLIVAREZ
IANF of K.O., a minor, and ANGELICA RODRIGUEZ IANF of
L.G., a minor, JOSE FLORES, Individually and as Representative
of the Estate of J.F., JR., deceased; MANUEL LOZANO, Individually,
LYLIANA GARCIA, Individually; ALEJANDRO GARCIA, Individually
and as Representative of the Estate of Irma Garcia, deceased; and ELSA
AVILA

_Plaintiff(s)_

v.

CHRISTOPHER KINDELL, an individual; VICTOR ESCALON, an individual;
JOEL BETANCOURT, an individual; JUAN MALDONADO, an individual;
CRIMSON ELIZONDO, an individual; RICHARD BOGDANSKI, an individual;
LUKE WILLIAMS, an individual; UVALDE CONSOLIDATED INDEPENDENT
SCHOOL DISTRICT AND/OR UCISD POLICE DEPARTMENT; PEDRO "PETE"
ARREDONDO, an individual; ADRIAN GONZALES, an individual; MANDY
GUTIERREZ, an individual, JESUS "JJ" SUAREZ, an individual, TEXAS
DEPARTMENT OF PUBLIC SAFETY OFFICERS DOE'S 1-84; and MOTOROLA
SOLUTIONS, INC.

_Defendant(s)_

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.  2:24-cv-00049

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

JUAN MALDONADO

121 W Mill St., Uvalde, Texas 78801-5931


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert P. Wilson
Thomas J. Henry Injury Attorneys
5711 University Heights Blvd. Ste. 101
San Antonio, Texas 78249


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT , PHILIP J. DEVLIN*


Date: _____          _____

                                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

OSCAR ORONA IANF of N.O., a minor, CRISTINA OLIVAREZ
IANF of K.O., a minor, and ANGELICA RODRIGUEZ IANF of
L.G., a minor, JOSE FLORES, Individually and as Representative
of the Estate of J.F., JR., deceased; MANUEL LOZANO, Individually,
LYLIANA GARCIA, Individually; ALEJANDRO GARCIA, Individually
and as Representative of the Estate of Irma Garcia, deceased; and ELSA
AVILA

*Plaintiff(s)*

v.

CHRISTOPHER KINDELL, an individual; VICTOR ESCALON, an individual;
JOEL BETANCOURT, an individual; JUAN MALDONADO, an individual;
CRIMSON ELIZONDO, an individual; RICHARD BOGDANSKI, an individual;
LUKE WILLIAMS, an individual; UVALDE CONSOLIDATED INDEPENDENT
SCHOOL DISTRICT AND/OR UCISD POLICE DEPARTMENT; PEDRO "PETE"
ARREDONDO, an individual; ADRIAN GONZALES, an individual; MANDY
GUTIERREZ, an individual, JESUS "JJ" SUAREZ, an individual, TEXAS
DEPARTMENT OF PUBLIC SAFETY OFFICERS DOE'S 1-84; and MOTOROLA
SOLUTIONS, INC.

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.  2:24-cv-00049

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

MANDY GUTIERREZ
320 W Benson Rd, Uvalde, Texas 78801-3904
or
431 Evans St, Uvalde, Texas 78801-5845

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:

Robert P. Wilson
Thomas J. Henry Injury Attorneys
5711 University Heights Blvd. Ste. 101
San Antonio, Texas 78249

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT , PHILIP J. DEVLIN*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                     *Server's signature*

                                             _____
                                                     *Printed name and title*


                                             _____
                                                     *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

OSCAR ORONA IANF of N.O., a minor, CRISTINA OLIVAREZ
IANF of K.O., a minor, and ANGELICA RODRIGUEZ IANF of
L.G., a minor, JOSE FLORES, Individually and as Representative
of the Estate of J.F., JR., deceased; MANUEL LOZANO, Individually,
LYLIANA GARCIA, Individually; ALEJANDRO GARCIA, Individually
and as Representative of the Estate of Irma Garcia, deceased; and ELSA
AVILA

*Plaintiff(s)*

v.

CHRISTOPHER KINDELL, an individual; VICTOR ESCALON, an individual;
JOEL BETANCOURT, an individual; JUAN MALDONADO, an individual;
CRIMSON ELIZONDO, an individual; RICHARD BOGDANSKI, an individual;
LUKE WILLIAMS, an individual; UVALDE CONSOLIDATED INDEPENDENT
SCHOOL DISTRICT AND/OR UCISD POLICE DEPARTMENT; PEDRO "PETE"
ARREDONDO, an individual; ADRIAN GONZALES, an individual; MANDY
GUTIERREZ, an individual; JESUS "JJ" SUAREZ, an individual; TEXAS
DEPARTMENT OF PUBLIC SAFETY OFFICERS DOE'S 1-84; and MOTOROLA
SOLUTIONS, INC.

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.  2:24-cv-00049

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Motorola
> C T Corporation System
> 208 SO Lasalle Street, Suite 814, Chicago, Illinois 60604-1101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Robert P. Wilson
> Thomas J. Henry Injury Attorneys
> 5711 University Heights Blvd. Ste. 101
> San Antonio, Texas 78249

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT , PHILIP J. DEVLIN*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏  I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏  I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏  I returned the summons unexecuted because _____ ; or

❏  Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

OSCAR ORONA IANF of N.O., a minor, CRISTINA OLIVAREZ
IANF of K.O., a minor, and ANGELICA RODRIGUEZ IANF of
L.G., a minor, JOSE FLORES, Individually and as Representative
of the Estate of J.F., JR., deceased; MANUEL LOZANO, Individually,
LYLIANA GARCIA, Individually; ALEJANDRO GARCIA, Individually
and as Representative of the Estate of Irma Garcia, deceased; and ELSA
AVILA

*Plaintiff(s)*

v.

CHRISTOPHER KINDELL, an individual; VICTOR ESCALON, an individual;
JOEL BETANCOURT, an individual; JUAN MALDONADO, an individual;
CRIMSON ELIZONDO, an individual; RICHARD BOGDANSKI, an individual;
LUKE WILLIAMS, an individual; UVALDE CONSOLIDATED INDEPENDENT
SCHOOL DISTRICT AND/OR UCISD POLICE DEPARTMENT; PEDRO "PETE"
ARREDONDO, an individual; ADRIAN GONZALES, an individual; MANDY
GUTIERREZ, an individual; JESUS "JJ" SUAREZ, an individual; TEXAS
DEPARTMENT OF PUBLIC SAFETY OFFICERS DOE'S 1-84; and MOTOROLA
SOLUTIONS, INC.

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.   2:24-cv-00049

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

   PEDRO "PETE" ARREDONDO
   101 Larkspur Dr, Uvalde, Texas 78801-6303

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:

   Robert P. Wilson
   Thomas J. Henry Injury Attorneys
   5711 University Heights Blvd. Ste. 101
   San Antonio, Texas 78249

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT , PHILIP J. DEVLIN*

Date: _____          _____

                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

OSCAR ORONA IANF of N.O., a minor, CRISTINA OLIVAREZ
IANF of K.O., a minor, and ANGELICA RODRIGUEZ IANF of
L.G., a minor, JOSE FLORES, Individually and as Representative
of the Estate of J.F., JR., deceased; MANUEL LOZANO, Individually,
LYLIANA GARCIA, Individually; ALEJANDRO GARCIA, Individually
and as Representative of the Estate of Irma Garcia, deceased; and ELSA
AVILA

*Plaintiff(s)*

v.

CHRISTOPHER KINDELL, an individual; VICTOR ESCALON, an individual;
JOEL BETANCOURT, an individual; JUAN MALDONADO, an individual;
CRIMSON ELIZONDO, an individual; RICHARD BOGDANSKI, an individual;
LUKE WILLIAMS, an individual; UVALDE CONSOLIDATED INDEPENDENT
SCHOOL DISTRICT AND/OR UCISD POLICE DEPARTMENT; PEDRO "PETE"
ARREDONDO, an individual; ADRIAN GONZALES, an individual; MANDY
GUTIERREZ, an individual, JESUS "JJ" SUAREZ, an individual, TEXAS
DEPARTMENT OF PUBLIC SAFETY OFFICERS DOE'S 1-84; and MOTOROLA
SOLUTIONS, INC.

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.   2:24-cv-00049

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

RICHARD BOGDANSKI

129 Shady Terrace Ln, Rockport, Texas 78382-7977

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert P. Wilson
Thomas J. Henry Injury Attorneys
5711 University Heights Blvd. Ste. 101
San Antonio, Texas 78249

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT , PHILIP J. DEVLIN*

Date: _____        _____
                                                                                    *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

<table>
<tr>
<td>
OSCAR ORONA IANF of N.O., a minor, CRISTINA OLIVAREZ<br>
IANF of K.O., a minor, and ANGELICA RODRIGUEZ IANF of<br>
L.G., a minor, JOSE FLORES, Individually and as Representative<br>
of the Estate of J.F., JR., deceased; MANUEL LOZANO, Individually,<br>
LYLIANA GARCIA, Individually; ALEJANDRO GARCIA, Individually<br>
and as Representative of the Estate of Irma Garcia, deceased; and ELSA<br>
AVILA<br>
<br>
<i>Plaintiff(s)</i><br>
v.<br>
CHRISTOPHER KINDELL, an individual; VICTOR ESCALON, an individual;<br>
JOEL BETANCOURT, an individual; JUAN MALDONADO, an individual;<br>
CRIMSON ELIZONDO, an individual; RICHARD BOGDANSKI, an individual;<br>
LUKE WILLIAMS, an individual; UVALDE CONSOLIDATED INDEPENDENT<br>
SCHOOL DISTRICT AND/OR UCISD POLICE DEPARTMENT; PEDRO "PETE"<br>
ARREDONDO, an individual; ADRIAN GONZALES, an individual; MANDY<br>
GUTIERREZ, an individual, JESUS "JJ" SUAREZ, an individual, TEXAS<br>
DEPARTMENT OF PUBLIC SAFETY OFFICERS DOE'S 1-84; and MOTOROLA<br>
SOLUTIONS, INC.<br>
<i>Defendant(s)</i>
</td>
<td>
)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)
</td>
<td>
Civil Action No.  2:24-cv-00049
</td>
</tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> UCISD
> Superintendent Ashley Chohlis and/or
> Board of Trustees President Calvin Lambert
> 1000 North Getty Street, Uvalde, Texas 78801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Robert P. Wilson
> Thomas J. Henry Injury Attorneys
> 5711 University Heights Blvd. Ste. 101
> San Antonio, Texas 78249

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT , PHILIP J. DEVLIN*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                        *Server's signature*

                                             _____
                                                        *Printed name and title*

                                             _____
                                                        *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

OSCAR ORONA IANF of N.O., a minor, CRISTINA OLIVAREZ
IANF of K.O., a minor, and ANGELICA RODRIGUEZ IANF of
L.G., a minor, JOSE FLORES, Individually and as Representative
of the Estate of J.F., JR., deceased; MANUEL LOZANO, Individually,
LYLIANA GARCIA, Individually; ALEJANDRO GARCIA, Individually
and as Representative of the Estate of Irma Garcia, deceased; and ELSA
AVILA

*Plaintiff(s)*

v.

CHRISTOPHER KINDELL, an individual; VICTOR ESCALON, an individual;
JOEL BETANCOURT, an individual; JUAN MALDONADO, an individual;
CRIMSON ELIZONDO, an individual; RICHARD BOGDANSKI, an individual;
LUKE WILLIAMS, an individual; UVALDE CONSOLIDATED INDEPENDENT
SCHOOL DISTRICT AND/OR UCISD POLICE DEPARTMENT; PEDRO "PETE"
ARREDONDO, an individual; ADRIAN GONZALES, an individual; MANDY
GUTIERREZ, an individual, JESUS "JJ" SUAREZ, an individual, TEXAS
DEPARTMENT OF PUBLIC SAFETY OFFICERS DOE'S 1-84; and MOTOROLA
SOLUTIONS, INC.

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.  2:24-cv-00049

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

VICTOR ESCALON

216 Ben Hogan Ave, McAllen, Texas 78503-3113

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:

Robert P. Wilson
Thomas J. Henry Injury Attorneys
5711 University Heights Blvd. Ste. 101
San Antonio, Texas 78249

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT , PHILIP J. DEVLIN*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: