# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# DEL RIO DIVISION

| | |
|---|---|
| OSCAR ORONA IANF of N.O., a minor, CRISTINA OLIVAREZ IANF of K.O., a minor, and ANGELICA RODRIGUEZ IANF of L.G., a minor, JOSE FLORES, Individually and as Representative of the Estate of J.F., JR., deceased; MANUEL LOZANO, Individually, LYLIANA GARCIA, Individually; ALEJANDRO GARCIA, Individually and as Representative of the Estate of Irma Garcia, deceased; and ELSA AVILA,<br><br>    Plaintiffs,<br><br>v.<br><br>CHRISTOPHER KINDELL, an individual; VICTOR ESCALON, an individual; JOEL BETANCOURT, an individual; JUAN MALDONADO, an individual; CRIMSON ELIZONDO, an individual; RICHARD BOGDANSKI, an individual; LUKE WILLIAMS, an individual; UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT AND/OR UCISD POLICE DEPARTMENT; PEDRO "PETE" ARREDONDO, an individual; ADRIAN GONZALES, an individual; MANDY GUTIERREZ, an individual, JESUS "JJ" SUAREZ, an individual, TEXAS DEPARTMENT OF PUBLIC SAFETY OFFICERS DOE'S 1-84; and MATOROLA SOLUTIONS, INC.,<br><br>    Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br>C.A. NO.: 2:24-CV-00049-AM |

## **NOTICE OF APPEARANCE OF COUNSEL**

Please take notice that Clay T. Grover of the law firm of Rogers, Morris & Grover, L.L.P., appears as counsel for Mandy Gutierrez.

        Respectfully submitted,

        ROGERS, MORRIS, & GROVER, L.L.P.

        _____
        CLAY T. GROVER
        Attorney-in-Charge
        State Bar No. 08550280
        Fed. I.D. No. 15064
        cgrover@rmgllp.com
        5718 Westheimer, Suite 1200
        Houston, Texas 77057
        Telephone:   713/960-6000
        Facsimile:   713/960-6025

        ATTORNEY FOR MANDY GUTIERREZ

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

_____
Attorney for Mandy Gutierrez