## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

| | | |
|---|---|---|
| OSCAR ORONA IANF of N.O., a minor, | § | |
| CRISTINA OLIVAREZ IANF of K.O., | § | |
| a minor, and ANGELICA RODRIGUEZ | § | |
| IANF of L.G., a minor, JOSE FLORES, | § | |
| Individually and as Representative | § | |
| of the Estate of J.F., JR., deceased; | § | |
| MANUEL LOZANO, Individually, | § | |
| LYLIANA GARCIA, Individually; | § | |
| ALEJANDRO GARCIA, Individually | § | |
| and as Representative of the Estate of | § | |
| Irma Garcia, deceased; and ELSA | § | |
| AVILA, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | C.A. NO.: 2:24-CV-00049-AM |
| | § | |
| CHRISTOPHER KINDELL, an | § | |
| individual; VICTOR ESCALON, an | § | |
| individual; JOEL BETANCOURT, | § | |
| an individual; JUAN MALDONADO, | § | |
| an individual; CRIMSON ELIZONDO, | § | |
| an individual; RICHARD BOGDANSKI, | § | |
| an individual; LUKE WILLIAMS, an | § | |
| individual; UVALDE CONSOLIDATED | § | |
| INDEPENDENT SCHOOL DISTRICT | § | |
| AND/OR UCISD POLICE | § | |
| DEPARTMENT; PEDRO "PETE" | § | |
| ARREDONDO, an individual; ADRIAN | § | |
| GONZALES, an individual; MANDY | § | |
| GUTIERREZ, an individual, JESUS | § | |
| "JJ" SUAREZ, an individual, TEXAS | § | |
| DEPARTMENT OF PUBLIC SAFETY | § | |
| OFFICERS DOE'S 1-84; and | § | |
| MATOROLA SOLUTIONS, INC., | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

Please take notice that, in addition to Clay T. Grover, Amy Demmler of the law firm

of Rogers, Morris & Grover, L.L.P., appears as counsel for Defendant Mandy Gutierrez.

Clay T. Grover remains attorney-in-charge.

Respectfully submitted,

ROGERS, MORRIS, & GROVER, L.L.P.

_____

CLAY T. GROVER
Attorney-in-Charge
State Bar No. 08550280
Fed. I.D. No. 15064
cgrover@rmgllp.com
AMY DEMMLER
State Bar No. 24092337
Fed. I.D. No.  3227731
ademmler@rmgllp.com
5718 Westheimer, Suite 1200
Houston, Texas 77057
Telephone:    713/960-6000
Facsimile:    713/960-6025

ATTORNEY FOR MANDY GUTIERREZ

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2024, I electronically filed the foregoing document
with the Clerk of Court using the CM/ECF system which will send electronic notification
of such filing to all counsel of record.

_____

Attorney for Mandy Gutierrez

2