## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

| | |
|---|---|
| OSCAR ORONA IANF of N.O., a minor, § <br> CRISTINA OLIVAREZ IANF of K.O., § <br> a minor, and ANGELICA RODRIGUEZ § <br> IANF of L.G., a minor, JOSE FLORES, § <br> Individually and as Representative § <br> of the Estate of J.F., JR., deceased; § <br> MANUEL LOZANO, Individually, § <br> LYLIANA GARCIA, Individually; § <br> ALEJANDRO GARCIA, Individually § <br> and as Representative of the Estate of § <br> Irma Garcia, deceased; and ELSA § <br> AVILA, § <br> § <br>     Plaintiffs, § <br> § <br> v. § <br> § <br> CHRISTOPHER KINDELL, an § <br> individual; VICTOR ESCALON, an § <br> individual; JOEL BETANCOURT, § <br> an individual; JUAN MALDONADO, § <br> an individual; CRIMSON ELIZONDO, § <br> an individual; RICHARD BOGDANSKI, § <br> an individual; LUKE WILLIAMS, an § <br> individual; UVALDE CONSOLIDATED § <br> INDEPENDENT SCHOOL DISTRICT § <br> AND/OR UCISD POLICE § <br> DEPARTMENT; PEDRO "PETE" § <br> ARREDONDO, an individual; ADRIAN § <br> GONZALES, an individual; MANDY § <br> GUTIERREZ, an individual, JESUS § <br> "JJ" SUAREZ, an individual, TEXAS § <br> DEPARTMENT OF PUBLIC SAFETY § <br> OFFICERS DOE'S 1-84; and § <br> MATOROLA SOLUTIONS, INC., § <br> § <br>     Defendants. § | C.A. NO.: 2:24-CV-00049-AM |

## **ORDER**

Pending before the Court is Defendant Mandy Gutierrez's Motion to Dismiss Pursuant to Rules 12(b)(1) and (6). Upon consideration of the Motion, it is the opinion of this Court that Ms. Gutierrez's Motion should be **GRANTED**.

It is, therefore, **ORDERED** that the Motion is **GRANTED**, and Plaintiffs' claims against Ms. Gutierrez are dismissed with prejudice.

SIGNED this _____ day of _____ 2024.

_____
UNITED STATES DISTRICT JUDGE