IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| OSCAR ORONA IANF of N.O., *a minor*, et al., | § |
| Plaintiffs, | § |
| v. | § No. 2:24-cv-00049-AM |
| CHRISTOPHER KINDELL, an individual, et al., | § |
| Defendants. | § |

**DEFENDANT MOTOROLA SOLUTIONS, INC.'S
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Motorola Solutions, Inc. states:

1. Motorola Solutions, Inc. does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated:  June 20, 2024

Respectfully submitted,

*/s/ Pete D. Laun*
Pete D. Laun
Texas State Bar No. 24108952
Joseph C. Van Asten (admission pending)
Texas State Bar No. 24075598
Paulina Nenclares (admission pending)
Texas State Bar No. 24121032
JONES DAY
2727 North Harwood Street
Dallas, TX  75201.1515
Telephone:  +1.214.220.3939
Facsimile:   +1.214.969.5100
pdlaun@jonesday.com

ATTORNEYS FOR DEFENDANT
MOTOROLA SOLUTIONS, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2024, I caused the foregoing to be electronically filed with the Clerk of Court for the U.S. District Court, Western District of Texas, by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Pete D. Laun*
Pete D. Laun