UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| OSCAR ORONA IANF of N.O., *a minor*, CRISTINA OLVAREZ IANF of K.O. a *minor*, and ANGELICA RODRIGUEZ IANF of L.G., *a minor*, JOSE FLORES, Individually and as Representative of the Estate of J.F., Jr., deceased; MANUEL LOZANO, Individually; LYLIANA GARCIA, Individually; ALEJANDRO GARCIA, Individually and as Representative of the Estate of Irma Garcia, deceased; and ELSA AVILA<br>　　*Plaintiffs*<br><br>v.<br><br>CHRISTOPHER KINDELL, an individual; VICTOR ESCALON, an individual; JOEL BETANCOURT, an individual; JUAN MALDONADO, an individual; CRIMSON ELIZONO, an individual; RICARD BOGDANSKI, an individual; LUKE WILLIAMS, an individual; UVALDE CONSOLIDATED INDENDENT SCHOOL DISTRICT AND/OR UCISD POLICE DEPARTMENT; PEDRO "PETE" ARREDONDO, an individual; ADRIAN GONZALES, an individual; MANDY GUTIERREZ, an individual; JESUS "JJ" SUAREZ, an individual; TEXAS DEPARMENT OF PUBLIC SAFETY OFFICERS DOES 1-84; and MOTOROLA SOLUTIONS, INC.<br>　　*Defendants*. | §§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§ C.A. No. 2:24-cv-00049-AM-VRG |

**<u>ORDER</u>**

　　Pending before the Court is Defendant Jesus "J.J." Suarez's Motion to Dismiss Plaintiffs' Amended Original Complaint. Upon consideration of the Motion, the Court is of the opinion that Defendant Suarez's Motion should be GRANTED.

　　It is therefore ORDERED that Defendant Suarez's Motion to Dismiss is GRANTED and that all of Plaintiffs' claims and causes of action against Defendant Suarez are DISMISSED WITH PREJUDICE.

　　SIGNED on this \_\_\_\_\_ day of _____, 2024.

_____
CHIEF U.S. DISTRICT JUDGE ALIA MOSES