IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| **OSCAR ORONA IANF of N.O., a minor, et al.,** | § § § § § § § § § § § | |
| *Plaintiffs,* | | |
| v. | | Civil Action No. 2:24-CV-00049-AM |
| **CHRISTOPHER KINDELL,** *et al.***,** | | |
| *Defendants.* | | |

# ORDER

On this day came on to be heard **Texas Department of Public Safety Defendants' Motion for Extension of Time to Respond to Plaintiffs' First Amended Complaint.** Considering the pleadings of the party herein, this motion is meritorious and, therefore, **GRANTED.**

It is **ORDERED** that Defendants Richard Bogdanski, Joel Betancourt, Christopher Kindell, Crimson Elizondo, Victor Escalon, and Juan Maldonado's response to Plaintiffs' first amended complaint is due July 3, 2024.

**Signed this _____ day of _____, 2024.**

_____
**ALIA MOSES**
**Chief United States District Judge**