**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION**

| | | |
|---|---|---|
| **OSCAR ORONA IANF of N.O., a minor; et al.,** | § § § | |
| **Plaintiffs,** | § § | |
| **v.** | § § | **C.A. NO.: 2:24-CV-00049-AM** |
| **CHRISTOPHER KINDELL, an individual; et al.,** | § § § | |
| **Defendants.** | § | |

---

**ORDER ON DEFENDANT PEDRO "PETE" ARREDONDO'S MOTION TO DISMISS
PLAINTIFFS' FIRST AMENDED COMPLAINT**

---

After consideration of Defendant Pedro "Pete" Arredondo's Motion to Dismiss pursuant to Rules 12(b)(1) and 12(b)(6), this Court is of the opinion that it should be **GRANTED**.

It is **ORDERED** that all of Plaintiffs' claims against Defendant Arredondo are dismissed with prejudice.

This is a **FINAL JUDGMENT**.

Signed this_____ day of _____, 2024.

_____
CHIEF U.S. DISTRICT JUDGE ALIA MOSES

30153/768179