UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| OSCAR ORONA IANF of N.O., *a minor*, CRISTINA OLVAREZ IANF of K.O., *a minor*, and ANGELICA RODRIGUEZ IANF of L.G., *a minor*, JOSE FLORES, Individually and as Representative of the Estate of J.F., Jr., deceased; MANUEL LOZANO, Individually LYLIANA GARCIA, Individually; ALEJANDRO GARCIA, Individually and as Representative of the Estate of Irma Garcia, deceased; and ELSA AVILA. | |
| *Plaintiffs* | |
| v. | Civil Action. 2:24-CV-00049-AM |
| CHRISTOPHER KINDELL, an individual; VICTOR ESCALON, an individual; JOEL BETANCOURT, an individual; JUAN MALDONADO, an individual; CRIMSON ELIZONDO, an individual; RICARD BOGDANSKI, an individual, LUKE WILLIAMS, an individual; UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT AND/ OR UCISD POLICE DEPARTMENT; PEDRO "PETE" ARREDONDO, an individual; ADRIAN GONZALES, an individual; MANDY GUTIERREZ, an individual, JESUS "JJ" SUAREZ, an individual, TEXAS DEPARTMENR OF PUBLIC SAFETY OFFICERS DOES 1-84; and MOTOROLA SOLUTIONS, INC. | |
| *Defendants* | |

## ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL FOR PLAINTIFFS AND SUBSTITUION OF COUNSEL

**THE HONORABLE CHIEF JUDGE ALIA MOSES:**

After considering the Plaintiffs' Motion for Withdrawal of Robert Paul Wilson as counsel for Plaintiffs and Substitution of Alan Dale Hicks as Attorney of Record for Plaintiffs,

the Motion is in all things GRANTED.

The Court hereby withdraws and removes Robert Paul Wilson as attorney of record for Plaintiffs and substitues and enters the appearance of Alan Dale Hicks State Bar No. 09575430 Thomas J. Henry Injury Attorneys 5711 University Heights, Suite 101 San Antonio, Texas 78249 dhicks-svc@tjhlaw.com Tel. (210) 656-1000 Fax. (361) 985-0601.

IT IS SO ORDERED.

SIGNED AND  ENTERED on this_____2024.

_____
CHIEF JJUDGE ALIA MOSES