# IN THE UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

OSCAR ORONA IANF of N.O., a minor, CRISTINA OLIVAREZ IANF of K.O., a minor, and AGELICA RODRIGUEZ IANF of L.G., a minor, JOSE FLORES, Individually and as Representative of the Estate of J.F., Jr., deceased; MANUEL LOZANO, Individually, LYLIANA GARCIA, Individually, ALJANDRO GARCIA, Individually and as Representative of Estate of Irma Garcia, deceased; and ELSA AVILA

       Plaintiffs

vs.

CHRISTOPHER KINDELL, an individual, VICTOR ESCALON, an individual, JOEL BETANCOURT, an individual, JUAN MALDONADO, an individual; CRIMSON ELIZONDO, an individual; RICHARD BOGDANSKI, an individual; LUKE WILLIAMS, an individual; UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT AND/OR UCISD POLICE DEPARTMENT; PEDRO "PETE" ARREDONDO, an individual; ADRIAN GONZALES, an individual; MANDY GUTIERREZ, an individual; JESUS "J.J." SUAREZ, an individual; TEXAS DEPARTMENT OF PUBLIC SAFETY DOES 1-84; and MOTOROLA SOLUTIONS, INC.

       Defendants

Case No. 2:24-cv-00049

**PLAINTIFFS' NOTICE OF DISMISSAL OF DEFENDANT MANDY GUTIERREZ**

## PLAINTIFFS' NOTICE OF DISMISSAL OF
## DEFENDANT MANDY GUTIERREZ

TO CHIEF UNITED STATES DISTRICT JUDGE ALIA MOSES:

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs file this Notice of Dismissal as to their claims against Defendant Mandy Gutierrez <u>only</u>, and in support thereof, would respectfully show as follows:

1.1.     Plaintiffs instituted this action by filing their Original Complaint on May 23, 2024. ECF No. 1.

1.2.     Plaintiffs asserted claims and causes of action against seven individual Defendants and 84 John Doe Defendants who are associated with the Texas Department of Public Safety. ECF No. 4 at 13–18, 63–75 (1st Amend. Compl.). Plaintiffs also asserted claims against the Uvalde Consolidated Independent School District and three individual Defendants who are associated with the District's Police Department. *Id.* Further, Plaintiffs asserted claims and causes of action against Motorola Solutions, Inc. *Id.*

1.3.     Plaintiffs no longer wish to prosecute their claims and causes of action against Defendant Mandy Gutierrez. Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure permits plaintiffs to dismiss causes of action against a defendant without a court order by filing a notice of dismissal before Defendant Mandy Gutierrez serves either an answer or motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

1.4.     As of the date of this Notice, Defendant Mandy Gutierrez has not filed an answer or motion for summary judgment.

1.5.     Plaintiffs intend for their dismissal of Mandy Gutierrez to be a dismissal without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B); *United States v. Eli Lilly & Co., Inc.*, 4 F.4th 255, 261 (5th Cir. 2021).

Respectfully Submitted,

DALE HICKS
Dhicks-svc@tjhlaw.com
Texas State Bar #09575430
THOMAS J. HENRY LAW, PLLC
5711 University Heights Blvd Ste 101
San Antonio, TX 78249
(210) 656-1000 (o)
(877) 513-1359 (f)

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of July 2024, I electronically filed the foregoing document with the Clerk of the Court through the ECF system and an email notice of the electronic filing was sent to all attorneys of record.

DALE HICKS
Dhicks-svc@tjhlaw.com
Texas State Bar #09575430
THOMAS J. HENRY LAW, PLLC
5711 University Heights Blvd Ste 101
San Antonio, TX 78249
(210) 656-1000 (o)
(877) 513-1359 (f)

Attorneys for Plaintiffs